James W. Breen, appellee, v. Edward J. Kelly et al., appellants. Gen. No. 38,663.

Opinion filed
January 18, 1936. Rehearing denied January 29, 1936.

Barnet Hodes, Corporation Counsel, Hiram T. Gilbert, Special Assistant Corporation Counsel, and Jacobson, Merrick, Nierman & Silbert, for appellants; David Silbert, Hiram T. Gilbert, Joseph F. Grossman and Hubert C. Merrick, of counsel. James W. Breen, *pro se.*

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Roy Seley, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,287.

Opinion filed February 3, 1936. Rehearing denied February 17, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Cassels, Potter & Bentley, for appellee; John R. Whitman, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Harry Sargent, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 38,312.

Opinion filed February 3, 1936.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Irving N. Stenn and Aaron Soble, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.